AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. § 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 1512(b) – Attempted Tampering with a Witness; 18 U.S.C. § 1503 – Obstruction of Justice; 18 U.S.C. § 401(3) – Contempt of Court

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:        See attached sheet.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— DEFENDANT - U.S

▶ MICHAEL LINDSAY

DISTRICT COURT NUMBER
CR-12-00873 CRB

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

SA Timothy E. Patterson, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
}  SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
}  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}  CR-12-00873 CRB

Name and Office of Person Furnishing Information on this form       BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)       Laura Vartain Horn

— DEFENDANT —

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction       ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    } If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST       Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT        Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance       * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____       Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

Count One:

> 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct
>
> Maximum Penalties:   30 years imprisonment
>
> $250,000 fine
>
> Lifetime supervised release (at least 5 years)
>
> $100 special assessment

Count Two:

> 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places
>
> Maximum Penalties:   30 years imprisonment
>
> $250,000 fine
>
> Lifetime supervised release (at least 5 years)
>
> $100 special assessment

Count Three:

> 18 U.S.C. § 1512(b) – Attempted Tampering with a Witness
>
> Maximum Penalties:   20 years imprisonment
>
> $250,000 fine
>
> 3-year supervised release
>
> $100 special assessment

Count Four:

> 18 U.S.C. § 1503 – Obstruction of Justice
>
> Maximum Penalties:   10 years imprisonment
>
> $250,000 fine
>
> 3-year supervised release
>
> $100 special assessment

Count Five:

> 18 U.S.C. § 401(3) – Contempt of Court
>
> Maximum Penalties:   6 months imprisonment
>
> $1,000 fine
>
> 1-year supervised release
>
> $100 special assessment

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

*FILED*
*2016 FEB -9 P 12:00*
*SUSAN Y. SOONG*
*CLERK, US DISTRICT COURT*
*NO. DIST. OF CA.*

---

## UNITED STATES OF AMERICA,

### V.

### MICHAEL LINDSAY

### DEFENDANT(S).

---

# SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct

18 U.S.C. § 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places

18 U.S.C. § 1512(b) – Attempted Tampering with a Witness

18 U.S.C. § 1503 – Obstruction of Justice

18 U.S.C. § 401(3) – Contempt of Court

---

A true bill.

_____ Foreman

Filed in open court this _9th_ day of

_Feb, 2016._

_____ Clerk

Bail, $ _No need_

1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3

4

5

6

7



8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,            )   NO. CR-12-00873 CRB
                                          )
13          Plaintiff,                    )   VIOLATIONS:
                                          )
14   v.                                   )   18 U.S.C. § 2423(b) – Travel with Intent to Engage in
                                          )   Illicit Sexual Conduct; 18 U.S.C. § 2423(c) -
15   MICHAEL LINDSAY,                     )   Engaging in Illicit Sexual Conduct in Foreign Places
                                          )   18 U.S.C. § 1512(b) – Attempted Tampering with a
16          Defendant.                    )   Witness; 18 U.S.C. § 1503 – Obstruction of Justice;
                                          )   18 U.S.C. § 401(3) – Contempt of Court
17                                        )
                                          )   SAN FRANCISCO VENUE
18                                        )
                                          )
19

20              S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

21   The Grand Jury charges:

22   COUNT ONE: 18 U.S.C. § 2423(b) – Travel With Intent to Engage in Illicit Sexual Conduct

23        On or about August 2, 2012, in the Northern District of California and elsewhere, the defendant,

24                              MICHAEL LINDSAY,

25   a citizen of the United States residing in the Northern District of California, knowingly traveled in

26   foreign commerce, namely between the United States and The Republic of the Philippines, for the

27

28   SECOND SUPERSEDING INDICTMENT
     CR-12-00873 CRB                                1

1   purpose of engaging in illicit sexual conduct, specifically, to perform a sexual act with S.Q., a person

2   under 16 years of age who was at least four years younger than the defendant, in violation of Title 18,

3   United States Code, Section 2423(b).

4   COUNT TWO: 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places

5            Between on or about August 2, 2012, and on or about August 22, 2012, in the Northern District of

6   California and elsewhere, the defendant,

7                                      MICHAEL LINDSAY,

8   a citizen of the United States, knowingly traveled in foreign commerce, namely between the Northern

9   District of California and The Republic of the Philippines, and engaged in illicit sexual conduct, as

10  defined in (1) Title 18, United States Code, Section 2423(f)(1), by performing, and attempting to

11  perform, a sexual act with S.Q., a person under 16 years of age who was at least four years younger than

12  the defendant, and (2) Section 2423(f)(2), by performing, and attempting to perform, a commercial sex

13  act with S.Q., a person under 18 years of age, all in violation of Title 18, United States Code, Sections

14  2423(c) and (e).

15  COUNT THREE: 18 U.S.C. § 1512(b) – Attempted Tampering with a Witness

16           On or about March 16, 2015, in the Northern District of California and elsewhere, the defendant,

17                                     MICHAEL LINDSAY,

18  did knowingly attempt to corruptly persuade M.W.C, by instructing her to provide false and misleading

19  statements with the intent to influence her testimony in an official proceeding, to wit, *United States v.*

20  *Michael Lindsay*, CR 12-00873 CRB, all in violation of Title 18, United States Code, Section 1512(b)(1).

21  COUNT FOUR: 18 U.S.C. § 1503 – Obstruction of Justice

22           From on or about January 18, 2012, to on or about December 24, 2015, in the Northern District of

23  California and elsewhere, the defendant,

24                                     MICHAEL LINDSAY,

25  did corruptly endeavor to influence, obstruct, and impede the due administration of justice by directing

26  witnesses to conceal and delete communications with him, in an effort to influence, obstruct and impede

27

28  SECOND SUPERSEDING INDICTMENT
     CR-12-00873 CRB                                              2

1   *United States v. Michael Lindsay*, CR 12-00873 CRB, all in violation of Title 18, United States Code,

2   Section 1503.

3   COUNT FIVE: 18 U.S.C. § 401(3) – Contempt of Court

4        Between on or about April 14, 2014, and December 24, 2015, in the Northern District of

5   California and elsewhere, the defendant,

6                              MICHAEL LINDSAY,

7   did willfully disobey and resist a lawful court order, specifically, the November 28, 2012, Order Setting

8   Conditions of Release and Appearance Bond in *United States v. Michael Lindsay*, CR 12-00873 CRB in

9   that the defendant violated conditions of his release by contacting witnesses, all in violation of Title 18,

10  United States Code Section 401(3).

11  DATED:   2/9/16                          A TRUE BILL

12

13                                            _____

14                                            FOREPERSON

15  BRIAN J. STRETCH
    Acting United States Attorney
16

17  *David R. Callaway / P.A.G .*
    DAVID R. CALLAWAY
18  Chief, Criminal Division

19

20  (Approved as to form:   _____)

21                          AUSA LAURA VARTAIN HORN

22

23

24

25

26

27

28  SECOND SUPERSEDING INDICTMENT
    CR-12-00873 CRB                                3